DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

Paul Joseph Jimenez

Olga Falcon Jimenez

        Debtor(s)

Chapter 13
Case No.  16-50473HLB

TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

Confirmation Date: April 21, 2016
Confirmation Time: 9:55AM

Judge: Hannah L. Blumenstiel

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Plan for the following reasons:

1. The payments provided in Section 1.01 of the Plan are insufficient to pay the secured debt, attorney fees and Trustee's fees.

2. Pursuant to the Trustee's review of the debtors' 2015 tax return, the debtors are expecting a federal tax refund in the amount of $5,465.00.  The debtors have failed to list their federal tax refund as an asset on Schedule A/B.

Trustee's Obj to Confirmation 16-50473HLB–

1

Case: 16-50473    Doc# 13    Filed: 04/13/16    Entered: 04/13/16 16:22:36    Page 1 of 3

3. The proposed plan contains Additional Provisions. Until these provisions are approved by the court, the Trustee is unable to recommend confirmation.

Dated: April 13, 2016

/S/ Devin Derham-Burk
_____
Chapter 13 Trustee

Trustee's Obj to Confirmation 16-50473HLB–

2

Case: 16-50473   Doc# 13   Filed: 04/13/16   Entered: 04/13/16 16:22:36   Page 2 of 3

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on April 13, 2016.

Said envelopes were addressed as follows:

| Paul & Olga Jimenez | Law Offices of Clark A. Miller |
| 1105 Vista De Soledad | 217 West Alisal Street |
| Soledad, CA 93960 | Salinas, CA 93901 |

/S/ Lesley M. Hansen
_____
Office of Devin Derham-Burk, Trustee

Trustee's Obj to Confirmation 16-50473HLB–